# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MORRIS ROBERSON,<br><br>       Plaintiff,<br><br>    v.<br><br>CDCR, et al.,<br><br>       Defendants. | No. 1:22-cv-00833-JLT-SAB (PC)<br><br>ORDER GRANTING DEFENDANTS' MOTION TO STAY DISCOVERY AND MODIFY THE SCHEDULING ORDER<br><br>(ECF No. 30) |

Plaintiff Morris Roberson is proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983.

On July 3, 2023, Defendants filed a motion for summary judgment regarding exhaustion and a motion to stay discovery and modify the scheduling order. (ECF Nos. 29, 30.) Plaintiff has not filed an opposition and the time to do so has passed.

On the basis of good cause, it is HEREBY ORDERED that:

1.    All merits-based discovery is stay until a final ruling on Defendants' pending motion for summary judgment; and

2.    The remaining discovery and dispositive motion deadlines are VACATED to be reset, if necessary, by way of separate order.

IT IS SO ORDERED.

Dated: **August 8, 2023**

UNITED STATES MAGISTRATE JUDGE