UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MORRIS ROBERSON,<br><br>                Plaintiff,<br><br>v.<br><br>CDCR, et al.,<br><br>                Defendants. | Case No. 1:22-cv-00833-JLT-SAB (PC)<br><br>ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM TO PRODUCE **INMATE MORRIS ROBERSON**, **CDCR # C-83614**<br><br>DATE: November 6, 2023<br>TIME:  8:30 a.m. |

**Inmate Morris Roberson, CDCR #C-83614**, a necessary and material witness on his behalf in a settlement conference on November 6, 2023 at 8:30 a.m., is confined at Kern Valley State Prison, in the custody of the Warden.  In order to secure this inmate's attendance, it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate **to appear in person before Magistrate Judge Barbara A. McAuliffe on November 6, 2023, at 8:30 a.m. at the California State Prison, Corcoran (CSP-COR), 4001 King Avenue, Corcoran, CA 93212.**

**ACCORDINGLY, IT IS ORDERED that:**

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above **to appear in person** before the United States District Court at the time and place above, until completion of the proceedings or as ordered by the court;

2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**To: The Warden of Kern Valley State Prison:**

**WE COMMAND** you to produce the inmate named above, **along with any necessary legal property**, at the time and place above, until completion of the proceedings, or as ordered by the court.

**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

IT IS SO ORDERED.

Dated:  **October 6, 2023**  
                                                    UNITED STATES MAGISTRATE JUDGE

