UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MORRIS ROBERSON,<br><br>              Plaintiff,<br><br>     v.<br><br>CDCR, et al.,<br><br>              Defendants. | No. 1:22-cv-00833-JLT-SAB (PC)<br><br>ORDER DISCHARGING WRIT OF HABEAS CORPUS AD TESTIFICANDUM AS TO INMATE MORRIS ROBERSON, CDCR #C-83614<br><br>(ECF No. 43) |

A settlement conference in this matter commenced on April 11, 2024. Inmate Morris Roberson, CDCR #C-83614 is no longer needed by the Court as a participant in these proceedings, and the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

IT IS SO ORDERED.

Dated:   **April 11, 2024**                    /s/ *Barbara A. McAuliffe*   
                                                             UNITED STATES MAGISTRATE JUDGE

1