# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MORRIS ROBERSON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CDCR, et al.,<br><br>　　　　Defendants. | No. 1:22-cv-00833-JLT-SAB (PC)<br><br>ORDER AFTER SETTLEMENT<br><br>(ECF No. 42) |

　　The Court conducted a settlement conference in this action on April 11, 2024, at which the parties reached a settlement agreement.

　　Based upon the settlement of this action, IT IS HEREBY ORDERED that:

　　　　1. All pending matters and dates in this action are VACATED; and

　　　　2. The parties shall file dispositive documents within thirty (30) days of entry of this order.

IT IS SO ORDERED.

Dated:  **April 11, 2024**　　　　　　　　/s/ *Barbara A. McAuliffe*　　
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE